1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   KIMBERLY M. FRAYN
3  Assistant United States Attorney
   333 Las Vegas Blvd. South
4  Suite 5000
   Las Vegas, Nevada 89101
5  Telephone: (702) 388-6336
   Fax: (702) 388-6418
6
   Attorneys for the Government
7

8

9

10            UNITED STATES DISTRICT COURT

11                DISTRICT OF NEVADA

12

13                      -oOo-

14

| UNITED STATES OF AMERICA, | ) | 2:07-CR-132-PMP-RJJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | INDICTMENT AND |
| **GENA RAMAEKERS**, | ) | <u>QUASH ARREST WARRANTS</u> |
| a.k.a. Grazyna Ramaekers, | ) | |
| a.k.a. Grazyna Mikolajczyk, and | ) | |
| **DEZRINE JONES**, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |



    The United States of America by Daniel G. Bogden, United States Attorney for the District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against

defendant **GENA RAMAEKERS**, a.k.a. Grazyna Ramaekers, a.k.a. Grazyna Mikolajczyk, and defendant **DEZRINE JONES,** which are contained in the Indictment in 2:07-CR-132-PMP-RJJ, and to quash the warrants for the arrests of **RAMAEKERS** and **JONES,** which issued in or about June 26, 2007, in connection with the Indictment.  The federal investigative agencies assigned to this case indicate that **RAMAEKERS** and **JONES** fled the United States to avoid prosecution in this matter, and their whereabouts outside of the United States remain unknown.

DATED this _1st__ day of November, 2011.

        Respectfully submitted,

        DANIEL G. BOGDEN
        United States Attorney

        /s/ Kimberly M. Frayn
        KIMBERLY M. FRAYN
        Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CR-132-PMP-RJJ |
| Plaintiff, | |
| v. | ORDER FOR DISMISSAL AND <u>TO QUASH ARREST WARRANTS</u> |
| **GENA RAMAEKERS**, a.k.a. Grazyna Ramaekers, a.k.a. Grazyna Mikolajczyk, and **DEZRINE JONES**, | |
| Defendants. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States Attorney for the District of Nevada hereby dismisses without prejudice the charges brought against defendant **GENA RAMAEKERS**, a.k.a. Grazyna Ramaekers, a.k.a. Grazyna Mikolajczyk, and defendant **DEZRINE JONES** that are contained the above-captioned Indictment.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant United States Attorney

## ORDER

Leave of Court is granted for the filing of the foregoing dismissal. Further, the warrants for the arrests of **GENA RAMAEKERS** and **DEZRINE JONES,** which issued in or about June 26, 2007, in connection with the Indictment, are hereby ordered quashed.

DATED this 2nd day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE